IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01971 BnB

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
CLERK

BYRON K. ANDREWS, and
ANDREA P. ANDREWS,

    Plaintiffs,

v.

DEAR PAW L.L.C., and
U.S. SMALL BUSINESS ADMINISTRATION,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND INSTRUCTING PLAINTIFF ANDREA P. ANDREWS TO CURE DEFICIENCY

Plaintiffs Byron K. Andrews and Andrea P. Andrews have filed a Complaint with the Court. They also submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action.

The Court notes that only one signed Motion and Affidavit has been submitted to the Court. The signature on the Motion appears to be Mr. Byron K. Andrews' signature. Therefore, Ms. Andrews will be directed to submit a separate completed Motion and Affidavit with her signature.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) xx  is not submitted by Plaintiff Andrea P. Andrews
(2) ___  is missing affidavit
(3) ___  is missing required financial information
(4) ___  is missing an original signature
(5) ___  is not on proper form (must use the Court's current form)
(6) ___  names in caption do not match names in caption of Complaint
(7) ___  other _____

**Complaint:**
(8) ___  is not submitted
(9) ___  is not on proper form (must use the Court's current form)
(10) ___  pleading submitted is missing an original signature by all Plaintiffs
(11) ___  is missing page nos. ___
(12) ___  uses et al. instead of listing all parties in caption
(13) ___  Sufficient copies of the Complaint for service on each Defendant have not been received by the court.
(14) ___  names in caption do not match names in text
(15) ___  Other

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff Andrea P. Andrews cure the deficiency designated above **within thirty days from the date of this Order.** Any paper that either Plaintiff files in response to this Order must include the civil action number that is in the caption of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs a copy of this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff Andrea P. Andrews two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form. It is

2

FURTHER ORDERED that if Plaintiff Andrea P. Andrews fails to cure the designated deficiency **within thirty days from the date of this Order** she will be dismissed as a party to this action without further notice.

DATED at Denver, Colorado, this 17th day of September, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  **07-CV-01971-BNB**

Byron K. Andrews, and
Andrea P. Andrews
3131 Highway 7
Estes Park, CO 80517

    I hereby certify that I have mailed a copy of the **ORDER and and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** above-named individuals on ___9/19/07___

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk