FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 10 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01971-WDM-CBS

BRYON K. ANDREWS, and
ANDREA P. ANDREWS,

    Plaintiffs,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, and
BEARPAW, L.L.P.,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: 10/4/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01971-WDM-CBS

Bryon K. Andrews
Andrea P. Andrews
3131 Hwy. 7
Estes Park, Colorado 80517

US Marshal Service
Service Clerk
Service forms for: Bearpaw, LLP

United States Small Business Administration - **CERTIFIED**
721 19TH St., Ste 426
Denver, CO 80202

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on BearPaw, LLP and to The United States Attorney General; and to the United States Attorney's Office District of Colorado: COMPLAINT FILED 09/19/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 10/10/07.

                                            GREGORY C. LANGHAM, CLERK

                                            By:_____
                                                           Deputy Clerk