IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01971-WDM-CBS

BYRON K. ANDREWS,

    Plaintiff,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant Bearpaw's motion for summary judgment is stricken for failure to comply with Judge Miller's Pretrial and Trial Procedures regarding summary judgment motions. (The exhibits do not need to be refiled.)

Dated: November 30, 2007

                                s/ Jane Trexler, Judicial Assistant