# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01971-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 25, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| BRYON K. ANDREWS, and | *Pro se* |
| ANDREA P. ANDREWS, | *Pro se* |
| **Plaintiffs,** | |
| v. | |
| UNITED STATES SMALL BUSINESS ASSOCIATION, *et al.*, | Timothy B. Jafek<br>Matthew Nelson<br>Parker Semler |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in Session:** 3:30 p.m.
Court calls case. Appearances of defense counsel and *pro se* plaintiffs.

The parties discuss the status of the case with the Court.

**ORDERED:** The Motion for Temporary Restraining Order [filed September 26, 2007; doc. 5] is taken under advisement and a recommendation shall issue.

HEARING CONCLUDED.

**Court in recess:** 4:41 p.m.
Total time in court: 01:11