IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01971-WDM-CBS

BYRON K. ANDREWS and
ANDREA P. ANDREWS,

    Plaintiffs,

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION and
BEARPAW, L.L.P. [sic],

    Defendants.

## ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE

Miller, J.

This matter is before me the recommendation of Magistrate Judge Craig B. Shaffer (doc no 54) that Plaintiffs' Motion for Temporary Restraining Order (doc no 5) be denied. Plaintiffs did not file an objection to the recommendation and are not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the relevant pleadings in this case, including the complaint, Plaintiffs' motion and the Defendant Bearpaw LLC's response thereto, Defendant Small Business Administration's Motion to Dismiss and Plaintiffs' response, Defendant Bearpaw LLC's motions for summary judgment and Plaintiffs' responses, and the recommendation. I agree with Magistrate Judge Shaffer's statements of fact and

analysis with regard to Plaintiffs' motion.

Accordingly, it is ordered:

1. The recommendation of Magistrate Judge Craig B. Shaffer (doc no 54) is accepted.

2. Plaintiffs' Motion for Temporary Restraining Order (doc no 5) is denied for the reasons articulated by Magistrate Judge Shaffer.

DATED at Denver, Colorado, on February 27, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge